# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DAVID BACORN,**

        **Plaintiff,**

**-vs-**                              **Case No.  6:11-cv-1683-Orl-28KRS**

**PALMER AUTO BODY & GLASS, LLC,**
**IMRAN CHAUDHRY,  SOFIA NASEEM,**

        **Defendants.**

_____

## ORDER

This case is before the Court on Plaintiff's Motion to Extend Time to Serve Process on Defendants, Imran Chaudhry and Sofia Naseem, Motion to Extend Discovery and Summary Judgment Deadlines (Doc. No. 46) filed October 1, 2012.  The United States Magistrate Judge has submitted a report recommending that the motion for enlargement of time to serve the individual Defendants be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

    1. That the Report and Recommendation filed October 4, 2012 (Doc. No. 47) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2. Plaintiff's Motion to Extend Time to Serve Process on Defendants, Imran Chaudhry and Sofia Naseem (Doc. No. 46) is **DENIED**.

3. The claims against Defendants Imran Chaudhry and Sofia Naseem are **DISMISSED without prejudice.** The Clerk of the Court is directed to terminate these Defendants.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 26th day of October, 2012.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge